203 So.2d 692

**Sydney C. COPELAND d/b/a Pat Copeland Motors**

**v.**

**Mary J. CRABTREE.**

**I Div. 488.**

Supreme Court of Alabama.

Nov. 9, 1967.

Moore, Moore, Downing & Layden, Mobile, for petitioner.

Cunningham, Bounds & Byrd, Mobile, opposed.

COLEMAN, Justice.

Petition of Sydney C. Copeland, doing business as Pat Copeland Motors, for certiorari to the Court of Appeals to review and revise the judgment and decision in Copeland v. Crabtree, 44 Ala.App. 125, 203 So. 2d 691 (1 Div. 189).

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

207 So.2d 656

**Ben Esmond DAVIS**

**v.**

**STATE.**

**8 Div. 287.**

Supreme Court of Alabama.

Feb. 22, 1968.

Rehearing Denied March 15, 1968.

Martinson, Manning & Martinson, Huntsville, and Patterson & Rinehart, Montgomery, for petitioner.

MacDonald Gallion, Atty. Gen., and Robt. F. Miller, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Ben Esmond Davis for certiorari to the Court of Appeals to review and revise the judgment and decision in Davis v. State, 44 Ala.App. 284, 207 So.2d 649.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.

200 So.2d 492

**William Edward DICKERSON**

**v.**

**STATE.**

**No. I Div. 467.**

Supreme Court of Alabama.

June 22, 1967.

William Edward Dickerson, pro se.

MacDonald Gallion, Atty. Gen., and Walter Turner, Asst. Atty. Gen., opposed.

HARWOOD, Justice.

Petition of William Edward Dickerson for certiorari to the Court of Appeals to review and revise the judgment and decision in Dickerson v. State, 43 Ala.App. 694, 200 So.2d 487. Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.